# REDACTED DOCUMENT

Docket # 3

Date Filed: 8/17/09

SBK/EL/2009R00080

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. |
| v. | Criminal No. 09- 626 (JBS) |
| ALBERT GONZALEZ, <br> a/k/a <br> a/k/a <br> a/k/a <br> HACKER 1, <br> HACKER 2 | TO BE FILED UNDER SEAL <br><br> BILL OF PARTICULARS |

Pursuant to Federal Rule of Criminal Procedure 7, the Government hereby identifies the following:

The individual identified in the Indictment as "HACKER 1" is more particularly described as John Doe, a/k/a

The individual identified in the Indictment as "HACKER 2" is more particularly described as John Doe, a/k/a

Respectfully submitted,

RALPH J. MARRA, JR.
Acting United States Attorney

By: _____
Erez Liebermann
Seth Kosto
Assistant United States Attorneys

Dated: August 17, 2009
Newark, New Jersey