

485 Route 1 South • Bldg E • Suite 300 • Iselin • NJ • 08830

Ted Sherman/Staff Writer

tsherman@njadvancemedia.com • (732) 902-4562

February 1, 2018

Hon. Jerome B. Simandle
U.S. District Judge for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets Room 1050
Camden, NJ 08101

Dear Judge Simandle:

I am a reporter for The Star-Ledger and am filing a request for public disclosure of sentencing materials in the case of Dmitriy Smilianets and Vladimir Drinkman in 1:09-cr-00626.

Attached are the two request forms that I have already sent to defense counsel and the U.S. Attorney's office.

Thank you for your consideration.

Sincerely,

Ted Sherman
Staff Writer