UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No.   1:09-cr-00626 (JBS) |
| | : | |
| VLADIMIR DRINKMAN, | : | |
| Defendant. | : | |
| | : | |

**DEFENDANT'S EXPEDITED MOTION FOR SUBSTITUTION
AND TERMINATION OF COUNSEL, BART STAPERT**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE FOR THE DISTRICT OF NEW JERSEY:

NOW COMES, VLADIMIR DRINKMAN, defendant, and moves this Honorable Court to allow the substitution of MICHAEL E. RILEY, ESQUIRE in place of Bart Stapert as retained counsel for the above-named defendant in this case. In support of the motion, the defendant would show the Court the following:

1. On or about July 24, 2013, in the Government's superseding indictment, defendant was charged with conspiring and attempting to commit wire fraud by knowingly accessing computers without authorization, in violation of 18 U.S.C. §§371, 1030, 1343, 1349, and 2.

2. After his arrest in the Netherlands, Bart Stapert was privately retained to represent the defendant related to extradition proceedings.[1]

3. Upon Defendant's extradition to the United States, Bart Stapert sought counsel

---

[1] The Government sought Defendant's extradition from the Netherlands to the United States in the present case.

within the United States to assume the representation in the present case. As a result, Bart Stapert secured his colleague, Florian Miedel to represent the defendant in all proceedings within the United States.

4. On or about March 10, 2017, Defendant sought substitution of counsel. As a result, Florian Miedel's representation was terminated, and undersigned counsel assumed representation of Defendant. Defendant's Substitution of Attorney, ECF 93, 3/10/2017.

5. Despite retaining new counsel, the docket presently reflects that Bart Stapert remains lead counsel.

6. Defendant desires present counsel Michael E. Riley, Esquire to assume the appropriate role as lead counsel and to expeditiously remove Bart Stapert as counsel of record on defendant's behalf.

7. As stated within its prior submission, Michael E. Riley, Esquire is licensed to practice law in the State of New Jersey (Attorney Identification No. 007511976) and is admitted to practice and remains in good standing in the United States District Court for the District of New Jersey. Defendant's Substitution of Attorney, ECF 93, 3/10/2017.

WHEREFORE, the Defendant prays that this Court permit the substitution of counsel as requested above in this matter.

Date:  February 14, 2018

/s/
Michael E. Riley, Esquire
THE WASHINGTON HOUSE
100 High Street
Suite 302
Mount Holly, New Jersey  08060
(609) 914-0300
(609) 914-0323 Fax
*Counsel for the Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been served upon the following counsel, via electronic filing (ECF), on the 14th day of February, 2018:

Bart Stapert
Jan Luykenstr 12
1071 Cm
Amsterdam, Nl 1071cm
( 31)207028400
BStapert@StapertLaw.com


Justin S. Herring
Office Of The U.S. Attorney
District Of New Jersey
970 Broad Street , Suite 700
Newark, New Jersey 07102
Justin.Herring@usdoj.gov


Richard Dennis Green, Esquire
U.S. Department Of Justice
Criminal Division
Computer Crimes & Intellectual Property Section
1301 New York Avenue NW, Suite 600
Washington, DC 20530
richard.green@usdoj.gov


Date:  February 14, 2018                 /s/
                                         Michael E. Riley, Esquire
                                         THE WASHINGTON HOUSE
                                         100 High Street
                                         Suite 302
                                         Mount Holly, New Jersey 08060
                                         (609) 914-0300
                                         (609) 914-0323 Fax
                                         *Counsel for the Defendant*

3

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | :    No.   1:09-cr-00626 (JBS) |
| | : |
| VLADIMIR DRINKMAN, | : |
|                 Defendant. | : |

## **ORDER**

Now this _____ Day of _____ 2018, upon consideration of the defendant's motion for substitution of counsel, it is hereby GRANTED and it is hereby ORDERED that Michael E. Riley, Esquire will be substituted in place of Bart Stapert, and will be named the lead attorney of record for the defendant.

BY THE COURT:

_____
HON. JEROME B. SIMANDLE
United States District Judge