# THE WALL STREET JOURNAL.

Del Wilber
Reporter
Tel: 202-302-7686
Email: del.wilber@wsj.com

RECEIVED

FEB 1 6 2018

JEROME B. SIMANDLE
U.S. DISTRICT JUDGE

Hon. Jerome B. Simandle
U.S. District Judge for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Room 1050 Camden, NJ 08101

Dear Judge Simandle,

I am requesting the sentencing materials filed in case 09-00626 (USA vs. Drinkman and Smilianets). I have sent this by email to both parties.

Sincerely,

Del Wilber
Del.wilber@wsj.com

DNJ-Cr-023 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,

v.

Drinkman

    Defendant(s).

Criminal No. 1:09-cr-00626-JBS

**REQUEST FOR DISCLOSURE OF SENTENCING MATERIALS**
**(Requestor Not Represented by Counsel)**

I, Del Wilber, WSJ , wish to obtain a copy of the sentencing materials submitted to the Court on 01/31/2018 in this case as to defendant, Vladimir Drinkman . I request that the redacted version of the sentencing materials be forwarded to the following electronic or mailing address:

E-mail: del.wilber@wsj.com
Address: _____

By: Del Wilber

DNJ-Cr-023 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DMITRIY SMILIANETS<br>Defendant(s). | Criminal No. 1:09-cr-00626-JBS<br><br>**REQUEST FOR DISCLOSURE OF SENTENCING MATERIALS**<br>**(Requestor Not Represented by Counsel)** |

I, Del Wilber, WSJ _____, wish to obtain a copy of the sentencing materials submitted to the Court on 01/31/~~2002~~ 2/1 in this case as to defendant, DMITRIY SMILIANETS _____. I request that the redacted version of the sentencing materials be forwarded to the following electronic or mailing address:

E-mail: del.wilber@wsj.com

Address: _____

By: Del Wilber